THOMAS J. DRENNAN, as Fire Commissioner of the City of New York, Respondent, *v.* HOWARD HAMPTON, Appellant.

*New York city — fire insurance — provision of charter providing that percentage of premiums received be paid to fire commissioner — amounts paid for reinsurance not deductible from gross amount received.*

*Drennan v. Hampton*, 191 App. Div. 576, affirmed.

(Argued December 7, 1921; decided January 10, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived. The action was to recover a balance alleged to be due under the provisions of section 799 of the charter of the city of New York, providing that there shall be paid to the fire commissioner of the city of New York two per cent of all fire insurance premiums which shall be collected in said city by any agent or person. The question was whether defendant was entitled to deduct from the gross amount of premiums collected an amount paid for reinsurance.

*George Richards* for appellant.

*John P. O'Brien,* Corporation Counsel (*John F. O'Brien, Willard S. Allen* and *Josiah A. Stover* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.